UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| HIGHER EDUCATION LOAN AUTHORITY OF THE STATE OF MISSOURI,<br><br>      Plaintiff,<br><br>vs.<br><br>DIANA A. EMUGE<br><br>      Defendant. | Case No. 4:15-CV-01629-JAR |

## CONSENT JUDGMENT

COME NOW Plaintiff Higher Education Loan Authority of the State of Missouri ("MOHELA") and Defendant Diana A. Emuge ("Emuge") and hereby consent and stipulate to the entry of judgment as set forth herein. The Court has jurisdiction to resolve these matters.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Judgment be and is entered in favor of MOHELA and against Emuge in the amount of $82,116.49 on all allegations, claims, and causes of actions set forth in MOHELA's Complaint that are pending and that are directed against Emuge. Interest, attorneys' fees, and costs are included in the aforementioned amount.

SO ORDERED:

1/13/2016
Date

John A. Ross
United States District Court Judge